**Monthly Operating Report**
CASH BASIS

CASE NAME: Quail Ridge Realty Assoc LP
CASE NUMBER: 16-41992-11
JUDGE:

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: NOV 2016
                        MONTH     YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____         PARTNER
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

ANDREW PERKAL
_____         _____
PRINTED NAME OF RESPONSIBLE PARTY     DATE


PREPARER:

_____         PARTNER
ORIGINAL SIGNATURE OF PREPARER        TITLE

ANDREW PERKAL
_____         _____
PRINTED NAME OF PREPARER     DATE

**Monthly Operating Report**
**CASH BASIS-1**

CASE NAME: Quail Ridge Realty Associates LP

CASE NUMBER: 16-41992

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 17433.00 | | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | 66457.42 | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | 13145.56 | | | |
| 11. PAYROLL TAXES PAID | 1901.48 | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | |
| 17. UTILITIES | 1987.36 | | | |
| 18. INSURANCE | 621 | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | 1764.97 | | | |
| 23. SUPPLIES | 4279.— | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | 742.52 | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | | |
| 35. NET CASH FLOW | | | | |
| 36. CASH - END OF MONTH | | | | |

**Monthly Operating Report**
CASH BASIS-1A

CASE NAME: Quail Ridge Rally Associates LP
CASE NUMBER: 16-41992

CASH DISBURSEMENTS DETAIL    MONTH: Nov

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL CASH DISBURSEMENTS |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 7061 | 11/1 | Mark Hagood | payroll | 703.92 |
| 7062 | 11/1 | Rhonda Hagood | payroll | 584.01 |
| Draft | 11/2 | Broadway Bank BC-SS | payroll charges | 82.63 |
| 7067 | 11/4 | Jenny Allen | payroll | 357.86 |
| Draft | 11/4 | Hugo Urinchaha | payroll | 458.73 |
| Draft | 11/4 | Andy Hernandez | payroll | 422.50 |
| Draft | 11/4 | BPP Direct Tax | payroll taxes | 475.37 |
| 1341 | 11/7 | Diane Wenzel | supplies/repair | 150.5 |
| Draft | 11/7 | Remote Deposit K. Fee | bank | 15.— |
| 1340 | 11/8 | Jeff's Carpet Cleaning | Maint. Repair | 119.08 |
| 7068 | 11/8 | Mark Hagood | payroll | 703.92 |
| 7069 | 11/8 | Rhonda Hagood | payroll | 584.01 |
| 7073 | 11/8 | Dept of Education payroll Jenny Allen owe | | 118.96 |
| Draft | 11/8 | Ana Rodriguez | payroll | 279.24 |
| Transfer | 11/10 | CNB W.repair | Maint Supplies | 6000.— |
| Draft | 11/10 | Hugo Marchaka | payroll | 434.23 |
| TOTAL BANK ACCOUNT DISBURSEMENTS |  |  |  |  |

| TOTAL DISBURSEMENTS FOR THE MONTH | 43399.72 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-1A**

CASE NAME: Quail Ridge Realty Associates LP

CASE NUMBER: 16-41992

CASH DISBURSEMENTS DETAIL     MONTH: Nov

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL CASH DISBURSEMENTS** | | | |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Draft | 11/10 | Ana Rodriguez | payroll | 279.24 |
| Draft | 11/10 | Mikes Lawn Service | Landscape | 900 |
| Draft | 11/10 | Broadway Daycare | payroll exp | 37.63 |
| 7074 | 11/14 | Jenny Allen | payroll | 356.86 |
| 7075 | 11/14 | Mark Haywood | payroll | 703.92 |
| 7076 | 11/14 | Rhonda Hoessel | payroll | 584.9 |
| Draft | 11/14 | Andy Hernandez | payroll | 475 |
| Draft | 11/14 | BDP Payroll | payroll Taxes | 425.37 |
| Draft | 11/14 | bank | bank fee | 10 |
| Draft | 11/17 | BDP Payroll | payroll fee | 37.63 |
| 7080 | 11/18 | Dept of Education | Jenny Allen owe | 118.96 |
| 7081 | 11/18 | Jenny Allen | payroll | 356.86 |
| 7084 | 11/18 | Andy Hernandez | payroll | 480 |
| 7085 | 11/18 | Hugo Manchaka | payroll | 434.25 |
| Draft | 11/18 | BDP Direct Tax | payroll Taxes | 425.37 |
| Draft | 11/18 | USR Elec bill | Elec util | 191.15 |
| **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | | |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | |
|---|---|

# Monthly Operating Report
### CASH BASIS-1A

**CASE NAME:** Quail Run Realty Assets LP

**CASE NUMBER:** 16-41992

**CASH DISBURSEMENTS DETAIL**   **MONTH:** Nov

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Draft | 11/18 | USR Elec bill | Elec/util | 131.02 |
| Draft | 11/18 | USR Elec bill | Elec/util | 120.48 |
| Draft | 11/18 | USR Elec bill | Elec/util | 117.09 |
| Draft | 11/18 | USR Elec bill | Elec/util | 104.87 |
| Draft | 11/18 | USR Elec bill | Elec/util | 99.40 |
| Draft | 11/18 | USR Elec bill | Elec/util | 84.19 |
| Draft | 11/18 | USR Elec bill | Elec/util | 74.11 |
| Draft | 11/18 | USR Elec bill | Elec/util | 45.27 |
| Draft | 11/18 | USR Elec bill | Elec/util | 37.21 |
| Draft | 11/18 | USR Elec bill | Elec/util | 31.40 |
| Draft | 11/18 | USR Elec bill | Elec/util | 30.27 |
| Draft | 11/18 | USR Elec bill | Elec/util | 24.45 |
| Draft | 11/18 | USR Elec bill | Elec/util | 20.56 |
| Draft | 11/18 | USR Elec bill | Elec/util | 16.11 |
| Draft | 11/18 | USR Elec bill | Elec/util | 14.83 |
| Draft | 11/21 | Amtrust Assc Pymt | Ins | 61. |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | |

**TOTAL DISBURSEMENTS FOR THE MONTH**

**Monthly Operating Report**
**CASH BASIS-1A**

CASE NAME: Oval Ridge Realty Assets LP

CASE NUMBER: 16-41992

CASH DISBURSEMENTS DETAIL       MONTH: NOV

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL CASH DISBURSEMENTS | | | |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 7052 | 11/22 | Mark Hagood | Payroll | 703.92 |
| 7083 | 11/22 | Rhonda Hagood | Payroll | 584.01 |
| 7087 | 11/22 | Dept of Education | Garnishment | 118.96 |
| Draft | 11/22 | Atmos | gas/util | 1392.64 |
| Draft | 11/22 | Atmos | gas/util | 1260.58 |
| Draft | 11/22 | Atmos | gas/util | 1013.32 |
| Draft | 11/22 | Atmos | gas/util | 906.58 |
| 7091 | 11/23 | Andy Hernandez | Payroll | 355.77 |
| Draft | 11/23 | Hugo Manchola | Payroll | 585.48 |
| Draft | 11/23 | Ana Rodriguez | Payroll | 261.24 |
| Draft | 11/23 | Ana Rodriguez | Payroll | 202.79 |
| Draft | 11/23 | BOB Direct Tax | Payroll Taxes | 475.37 |
| Draft | 11/23 | Verizon | Phone/util | 229.90 |
| Draft | 11/23 | Visa | CC for Supplies | 193.09 |
| Draft | 11/25 | Office of att. Genl | CS Andy Hrndz | 84.23 |
| Draft | 11/25 | Birthday DATH | Payroll Exp. | 37.63 |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | |
|---|---|

**Monthly Operating Report**
**CASH BASIS-1A**

CASE NAME: Powell Rope Realty Assets LP

CASE NUMBER: 16-41992

CASH DISBURSEMENTS DETAIL                    MONTH: Nov

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| TOTAL CASH DISBURSEMENTS | | | |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|-----|------|-------|---------|--------|
| 7088 | 11/28 | Jenny Allen | Payroll | 356.86 |
| 7095 | 11/28 | Dept of Education | Jenny Allen | 118.96 |
| Draft | 11/28 | City of Sulphur Springs | Water / util | 6214.56 |
| Draft | 11/28 | City of Sulphur Springs | Water / util | 2757.54 |
| Draft | 11/28 | City of Sulphur Springs | Water / util | 2654.68 |
| Draft | 11/28 | City of Sulphur Springs | Water / util | 2306.13 |
| 1345 | 11/29 | Jeff's Carpet Clean | Repairs Maint | 270.63 |
| 7089 | 11/29 | Mark Hagood | Payroll | 703.52 |
| 7090 | 11/29 | Rhonda Hagood | Payroll | 584.7 |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | |

# Monthly Operating Report
## CASH BASIS-2

**CASE NAME:** Quail Ridge Realty Associates LP

**CASE NUMBER:** 16 41992

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: BoA | | | | |
| B. ACCOUNT NUMBER: 4830 4084 6155 | | | | |
| C. PURPOSE (TYPE): | DIP Acct | | | |
| 1. BALANCE PER BANK STATEMENT | 17,433.01 | | | |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | 66,457.42 | | | |
| 3. SUBTRACT: OUTSTANDING CHECKS | 42,332.39 | | | |
| 4. OTHER RECONCILING ITEMS | | | | |
| 5. MONTH END BALANCE PER BOOKS | 41,558.04 | | | |
| 6. NUMBER OF LAST CHECK WRITTEN | 7090 | | | |

| INVESTMENT ACCOUNTS | DATE OF | TYPE OF | PURCHASE | CURRENT |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | PURCHASE | INSTRUMENT | PRICE | VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | | |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | |
| 13. TOTAL CASH - END OF MONTH | |

**Monthly Operating Report**
CASH BASIS-3

**CASE NAME:**

**CASE NUMBER:**

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
| 1. | 3600000 | 300000 | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | 2000 | | |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 37. TOTAL ASSETS | | | | |

**Monthly Operating Report**
CASH BASIS-4

| CASE NAME: |
|---|
| |

| CASE NUMBER: |
|---|
| |

MONTH: _____

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | 5,200,000 | 0 |
| 2. PRIORITY | 71,408 | 0 |
| 3. UNSECURED | 403,388 | 0 |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE    N/A | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | |

**Monthly Operating Report**
CASH BASIS-4A

CASE NAME: Quail Ridge Realty Assets LP

CASE NUMBER: 16-41992

MONTH: _____

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30   N/A | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | | | | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | | | | |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE   N/A | | | | |
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | | | | |
| 6. ACCOUNTS PAYABLE | | | | |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | | | | |
| 2. FICA-EMPLOYEE   N/A | | | | |
| 3. FICA-EMPLOYER | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | | | | |

**Monthly Operating Report**
CASH BASIS-5

CASE NAME: Quail Ridge Realty Estate LP
CASE NUMBER: 16-41992
MONTH: _____

PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1 See Liggens | | 6717 | 6717 | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6. TOTAL | | | |

**Monthly Operating Report**
CASH BASIS-6

CASE NAME: Quail Edge Realty Assts LP
CASE NUMBER: 16-41992
MONTH: Nov

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | ✓ | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |